

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00428-CR

Jessica Yvette **GARANZUAY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 420081
Honorable Wayne A. Christian, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed: December 9, 2015

DISMISSED

Appellant has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.2(a). We grant the motion and dismiss this appeal. *See id.*

PER CURIAM

Do not publish